IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Arash AZARNEZHAD,<br><br>Petitioner,<br><br>v.<br><br>Pamela BONDI, Attorney General;<br>Markwayne MULLIN, Secretary, DHS;<br>Todd LYONS, Acting Director, ICE;<br>Sam OLSON, Field Office Director, ICE; and<br>C. CARTER, Warden, FCI-Leavenworth,<br><br>Respondents. | Case No. 26-3073-JWL |

**ORDER TO SHOW CAUSE**

Petitioner, acting through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court finds that responsive pleadings are required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **April 13, 2026**, why the writ should not be granted; and that petitioner is granted until **April 27, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 30th day of March, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge